UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER J. REED,<br><br>        Petitioner,<br><br>    v.<br><br>MICHAEL CATE, Warden,<br><br>        Respondent. | No. CV 09-3152 PA (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge and has considered de novo the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

    IT IS THEREFORE ORDERED that Judgement be entered denying the Petition and dismissing this action with prejudice.

DATED: April 21, 2010

                                                    Percy Anderson<br>
                                     UNITED STATES DISTRICT JUDGE