Priority
Send
Enter
Closed
~~JS-5~~/JS-6
JS-2/JS-3
O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER J. REED,<br><br>     Petitioner,<br><br>  v.<br><br>MICHAEL CATE, Warden,<br><br>     Respondent. | No.  CV 09-3152 PA (DTB)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  April 21, 2010

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE